## CANNAM *v.* THE STATE.

<div style="margin-left:2em">

*Saturday,
May 31.*

</div>

APPEAL from the *Howard* Circuit Court.

*Per Curiam.*—This case involves the same question of jurisdiction as that decided in *Mc Cool* v. *The State*, at the present term. For the reasons there given, the judgment of the Court below is reversed with costs.

*H. P. Biddle* and *B. W. Peters*, for the appellant.

*R. A. Riley*, *N. B. Taylor* and *J. Coburn*, for the state.